ACCEPTED
03-15-00051-CV
7326505
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 10:21:15 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00051-CV

IN THE COURT OF APPEALS
THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 10:21:15 AM
JEFFREY D. KYLE
Clerk

TRENT LINDIG,

*Appellant*

v.

PLEASANT HILL ROCKY COMMUNITY CLUB

*Appellee*

ON APPEAL FROM THE 33RD DISTRICT COURT, BLANCO COUNTY, TEXAS
HONORABLE J. ALLAN GARRETT PRESIDING
CAUSE NO. CV07580

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO
FILE MOTION FOR REHEARING**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant respectfully presents this unopposed second motion to extend the time in which to file a motion for rehearing pursuant to Texas Rule of Appellate Procedure 49.8. One previous motion for extension of time to file a motion for rehearing has been filed. In support of this motion, appellant would show the Court as follows:

## I.

Appellant's motion for rehearing is currently due on October 14, 2015. Because of the events and matters described more fully below, appellant requests an extension of an additional 9 days in which to file the motion for rehearing or until October 23, 2015.

## II.

The requested extension is necessary because the following matters have prevented the undersigned from completing the motion for rehearing and will preclude the undersigned from doing so sooner than October 23, 2015:

1. The undersigned drafted and filed a motion for rehearing in *Hindes v. La Salle County*, No. 04-14-00651-CV on October 12, 2015;

2. The undersigned assisted in the preparation of a petition for writ of mandamus and motion for emergency relief in *In re IPSecure, Inc.*, No. 04-15-00622-CV, which were filed on October 2, 2015;

3. The undersigned has been reviewing and revising motions for summary judgment to meet a dispositive motion deadline in in *George L. Hachar, Sr. v. Falcon International Bank and Verde Corp.*, No. 2010-CI-18274, in the 407th Judicial District Court, Bexar County, Texas; and

4. The undersigned had to travel out of town from September 24-25, 2015 to attend a meeting of the board of directors for the State Bar of Texas as part of his duties as President-elect of the Texas Young Lawyers Association.

For all of the reasons explained above, counsel for appellant cannot complete the motion for rehearing by its current due date of October 14, 2015, and needs an additional 9 days in which to do so.

## III.

On October 9, 2015, the undersigned conferred with Jeff Small, lead appellate counsel for appellee. Mr. Small indicated that this motion would not be opposed.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully requests that this Court grant his motion for extension of time in which to file the motion for rehearing, extend the deadline in which to file the motion an additional 9 days up to and including October 23, 2015, and grant such other and further relief to which appellants may be justly and equitably entitled.

Respectfully submitted,

/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III
State Bar No. 24041135
Direct Line: (210) 775-0882
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Telephone: (210) 775-0880
Fax: (210) 826-0075
sam@hdappeals.com

ATTORNEY FOR APPELLANTS

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure, on this 12th day of September, 2015:

Jeff D. Small                                        *Via email/e-service*
LAW OFFICE OF JEFF SMALL
12451 Starcrest Dr. #100
San Antonio, Texas 78216
jdslaw1951@gmail.com


Norman L. Nevins                                *Via email/e-service*
THE NEVINS LAW FIRM
206 West Main Street
Fredericksburg, Texas 78624
nnevinslaw@yahoo.com


/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III

4